IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**EDWARD HENRY,**
              **Plaintiff,**

      vs.                                  No. CIV 08-483 JCH/ACT

**THE HERTZ CORPORATION,** *et al.*,
              **Defendants.**

## PLAINTIFF'S NOTICE OF APPEAL

     Plaintiff **EDWARD HENRY**, through his attorney, Dennis W. Montoya, MONTOYA LAW, INC., hereby gives notice of his appeal to the United States Court of Appeals for the Tenth Circuit from the Judgment entered herein on August 17, 2010.

                                          Respectfully Submitted:

                                          */s/ Dennis W. Montoya*
                                          Dennis W. Montoya
                                          MONTOYA LAW, INC.
                                          P.O. Box 15235
                                          Rio Rancho, NM  87174-0235
                                          (505) 246-8499
                                          (505) 246-8599 (Fax)
                                          *Attorney for Plaintiff*

I hereby certify that a true and correct copy
of the foregoing pleading was filed and
served electronically upon the opposing
parties via CM/ECF on September 16, 2010.

*/s/ Dennis W. Montoya*
Dennis W. Montoya